Natasha Sung (SBN 228633)
nsung@reedsmith.com
REED SMITH LLP
355 South Grand Ave., Suite 2800
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Douglass G. Hewitt (*admitted pro hac vice*)
dhewitt@reedsmith.com
Claudia L. Cortes (*admitted pro hac vice*)
ccortes@reedsmith.com
Karen E. Vaysman (*admitted pro hac vice*)
kvaysman@reedsmith.com
REED SMITH LLP
10 S. Wacker Dr. Ste. 4000
Chicago, IL 60606
Telephone:  +1 312 207 1000
Facsimile:  +1 312 207 6400

Attorneys for Petitioner OptumRx

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| OPTUMRX, as successor by merger to Catamaran Corporation, and OPTUMRX in its own right<br><br>Petitioner,<br><br>v.<br><br>COPPER BEND PHARMACY, INC. d/b/a Copper Bend Pharmacy, et al.<br><br>Respondents. | Case No.: 8:20-CV-02145-JVS-JDE<br><br>**DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION**<br><br>[Filed concurrently with Amended Petition to Compel Arbitration] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

I, Josh Van Ginkel, declare that, if called upon to testify, I could competently testify to the following facts based on my own personal knowledge:

1. I am presently employed by OptumRx, Inc. ("OptumRx"), as a Senior Director of Network Contracting. I have held my current position for nearly two and a half years and have been employed by UnitedHealth Group, OptumRx's parent corporation, for nearly ten years.

2. OptumRx is a pharmacy care services company (also regularly referred to as a Pharmacy Benefits Manager or "PBM") that operates nationally to provide various pharmacy related administrative services to a variety of clients in connection with various health and prescription drug plans and insurance programs.

3. As a pharmacy care services organization, OptumRx deploys solutions to achieve greater value, help improve affordability, and protect both consumers and its health plan customers from rising drug prices and high out-of-pocket costs. These efforts include pursuing drug negotiating and contracting strategies with client payors and pharmacies in the OptumRx network to ensure that we can deliver the lowest possible cost for prescription drugs.

4. In my capacity as Senior Director of Network Contracting, my duties and responsibilities have included leading OptumRx's efforts to contract with independent pharmacies to join OptumRx's network of participating providers that serve the members of OptumRx's clients.

5. In connection with my duties and responsibilities, I am familiar with and manage OptumRx's relationships with various pharmacy service administrative organizations ("PSAOs"). OptumRx and Catamaran Corporation ("Catamaran") contracted with PSAOs that negotiate and enter into contracts on behalf of their affiliated pharmacies seeking to become participating pharmacy providers in the OptumRx network. The PSAOs are large organizations with substantial bargaining power and include, for example, Elevate, owned by Amerisource Bergen; LeaderNet, owned by Cardinal Health; and Health Mart Atlas, owned by McKesson.

- 2 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

6. When a PSAO is not involved in the contracting process, the pharmacy may contract directly with OptumRx.

7. Regardless of whether a pharmacy contracts directly or through a PSAO, the contract consist of two instruments: 1) a Provider Agreement and 2) a Provider Manual.

8. On October 1, 2011, OptumRx changed its name from RxSolutions, Inc., d/b/a Prescription Solutions, to OptumRx, Inc.

9. In July 2015, OptumRx acquired Catamaran, also a PBM. Catamaran was formerly known as SXC Health Solutions and InformedRx. In 2012, SXC Health Solutions acquired Catalyst Health Solutions, Inc. and changed its name to Catamaran.

**I.    The Provider Manuals.**

10. Each participating pharmacy in OptumRx's network (and previously in Catamaran's network) has access to a participating Provider Manual, which, in conjunction with the Provider Agreement, contains the terms of the parties' Agreement.

11. The Provider Manuals are updated regularly[1] and made available to all participating pharmacies online.[2]

12. OptumRx notifies all of its network pharmacies when a new edition of the Provider Manual becomes available online.

---

[1] During the years at issue in the First Amended Complaint in the Illinois Action ("FAC"), the Provider Manuals were updated more than once per year. For ease of reference and to not overburden the court with multiple copies of the manuals, with a few exceptions where there may have been material revisions, this Declaration attaches only the relevant pages from one of the editions in effect during each year.

[2] The latest edition of the Provider Manual can be accessed online at https://learn.optumrx.com/pharmacymanual.

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

13.    Attached hereto as Exhibit 1 are true and accurate copies of the relevant pages of the Catamaran Provider Manual in effect as of July 24, 2015.

14.    Attached hereto as Exhibit 2 are true and accurate copies of the relevant pages of the Catamaran Provider Manual in effect as of August 21, 2015.

15.    Following the acquisition of Catamaran Corporation in 2015, the OptumRx Provider Manual became the operative Provider Manual.

16.    Attached hereto as Exhibit 3 is a true and correct copy of the notification that went out to all participating pharmacies following the acquisition of Catamaran, informing them that the OptumRx Provider Manual was now the operative Provider Manual.[3]

17.    Attached hereto as Exhibit 4 are true and accurate copies of the relevant pages of the OptumRx Provider Manual in effect as of November 6, 2015.

18.    Attached hereto as Exhibit 5 are true and accurate copies of the relevant pages of the OptumRx Provider Manual in effect in 2016.

19.    Attached hereto as Exhibit 6 are true and accurate copies of the relevant pages of the OptumRx Provider Manual in effect in 2017.

20.    Attached hereto as Exhibit 7 are true and accurate copies of the relevant pages of the OptumRx Provider Manual in effect in 2018.

21.    Attached hereto as Exhibit 8 are true and accurate copies of the relevant pages of the OptumRx Provider Manual in effect in 2019.

22.    Attached hereto as Exhibit 9 are true and accurate copies of the relevant pages of the 4th Edition of the OptumRx Provider Manual in effect as of September 3, 2020.

---

[3] A copy of the notification is available in OptumRx's archives online at: https://learn.optumrx.com/content/dam/orx-rxmicros/pharmacy-manual/archivefaxblasts/2015/20151106_INR_FaxblastFINAL2015-PharmacyManualUpdate-Supersede_NewOptumRx_FINAL.pdf, and attached hereto as Exhibit 3.

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

23.    Attached hereto as Exhibit 9-A are true and accurate copies of the relevant pages of the 3rd Edition of the OptumRx Provider Manual in effect prior to September 3, 2020.

24.    In addition to the arbitration clauses contained in the Provider Manuals, the Provider Agreements, which are also part of the parties' agreement, contain arbitration clauses.

## II.    The Provider Agreements with the Independently Contracted Respondent Pharmacies.

25.    The following Respondent Pharmacies contracted with OptumRx or Catamaran directly during all or portions of the time at issue in the Respondents' FAC in the Illinois Action : Keaveny Drug, Inc.; C. Brown, Inc. d/b/a Browne's Pharmacy; Kimar Corp. d/b/a The Medicine Store; and Tioga Drugs Co. (collectively, the "Independently Contracted Pharmacies").[4]

26.    Attached hereto as Exhibit 10 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Keaveny Drug #203, in effect during all or portions of the time period referenced in the FAC.

27.    Attached hereto as Exhibit 11 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Keaveny Drug, in effect during all or portions of the time period referenced in the FAC.

28.    Attached hereto as Exhibit 12 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Browne's Pharmacy, in effect during all or portions of the time period referenced in the FAC.

29.    Attached hereto as Exhibit 13 are true and accurate copies of the Provider Agreement between InformedRx, an SXC Health Solutions company, and Kimar

---

[4] The Contract for Tioga Drugs Co. could not be located in Optum's records.

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

Corp. d/b/a The Medicine Store, in effect during all or portions of the time period referenced in the FAC.

30.    Attached hereto as Exhibit 14 are true and accurate copies of the Provider Agreement between RxSolutions, Inc. d/b/a Prescription Solutions and Kimar Corp. d/b/a The Medicine Store, in effect during all or portions of the time period referenced in the FAC.

## III.    The Provider Agreements with Respondents' PSAOs.

31.    The remaining Respondent Pharmacies entered into contracts with OptumRx or Catamaran via their affiliated PSAOs during all of the relevant time at issue in the FAC.

32.    The Respondent Pharmacies are responsible for self-reporting their PSAO affiliation to the National Council for Prescription Drug Programs ("NCPDP"). This information was obtained by researching the NCPDP database, and is recorded in the table attached hereto as Exhibit 15.

33.    Attached hereto as Exhibit 16 are true and accurate copies of the relevant pages of the Provider Agreement between InformedRx, an SXC Health Solutions company, and AmerisourceBergen Corporation d/b/a Good Neighbor Pharmacy Provider Network, in effect during all or portions of the time period referenced in the FAC.

34.    Attached hereto as Exhibit 17 are true and accurate copies of the relevant pages of the Provider Agreement between InformedRx, an SXC Health Solutions company, and American Associated Druggists, Inc. d/b/a United Drugs (Arete), in effect during all or portions of the time period referenced in the FAC.

35.    Attached hereto as Exhibit 18 are true and accurate copies of the relevant pages of the Provider Agreement between OptumRx, Inc. and American Associated

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Druggists, Inc. d/b/a United Drugs (Arete), in effect during all or portions of the time period referenced in the FAC.

36.    Attached hereto as Exhibit 19 are true and accurate copies of the Provider Agreement between InformedRx, an SXC Health Solutions company, and Community Independent Pharmacy Network, in effect during all or portions of the time period referenced in the FAC.

37.    Attached hereto as Exhibit 20 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Community Independent Pharmacy Network, in effect during all or portions of the time period referenced in the FAC.

38.    Attached hereto as Exhibit 21 are true and accurate copies of the Provider Agreement between InformedRx, an SXC Health Solutions company, and EPIC Pharmacy Network, Inc., in effect during all or portions of the time period referenced in the FAC.

39.    Attached hereto as Exhibit 22 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and EPIC Pharmacy Network, Inc., in effect during all or portions of the time period referenced in the FAC.

40.    Attached hereto as Exhibit 23 are true and accurate copies of the Provider Agreement between InformedRx, an SXC Health Solutions company, and Family Care Pharmacy Network / Family Care Plus Network, in effect during all or portions of the time period referenced in the FAC.

41.    Attached hereto as Exhibit 24 are true and accurate copies of the Provider Agreement between RxSolutions, Inc. d/b/a Prescription Solutions and Family Care Pharmacy Network, in effect during all or portions of the time period referenced in the FAC.

42.    Attached hereto as Exhibit 25 are true and accurate copies of the Provider Agreement between SXC Health Solutions and GeriMed LTC Network, Inc., in effect during all or portions of the time period referenced in the FAC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

43.    Attached hereto as Exhibit 26 are true and accurate copies of the Provider Agreement between RxSolutions, Inc. and GeriMed, Inc., in effect during all or portions of the time period referenced in the FAC.

44.    Attached hereto as Exhibit 27 are true and accurate copies of the Provider Agreement between InformedRx, an SXC Health Solutions company, and Strategic Health Alliance II, Inc. d/b/a AccessHealth, in effect during all or portions of the time period referenced in the FAC.

45.    Attached hereto as Exhibit 28 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Strategic Health Alliance II, Inc. d/b/a AccessHealth, in effect during all or portions of the time period referenced in the FAC.

46.    Attached hereto as Exhibit 29 are true and accurate copies of the Provider Agreement between SXC Health Solutions and Leader Drug Stores, Inc. d/b/a LeaderNet, in effect during all or portions of the time period referenced in the FAC.

47.    Attached hereto as Exhibit 30 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Leader Drug Stores, Inc. d/b/a LeaderNet, in effect during all or portions of the time period referenced in the FAC.

48.    Attached hereto as Exhibit 31 are true and accurate copies of the Provider Agreements between SXC Health Solutions and Medicine Shoppe InterNet, Inc., in effect during all or portions of the time period referenced in the FAC.

49.    Attached hereto as Exhibit 32 are true and accurate copies of the Provider Agreements between OptumRx, Inc. and Leader Drug Stores, Inc. d/b/a Medicine Shoppe InterNet, Inc., in effect during all or portions of the time period referenced in the FAC.

50.    Attached hereto as Exhibit 33 are true and accurate copies of the Provider Agreements between SXC Health Solutions and Pharmacy First a/k/a Third Party Station, in effect during all or portions of the time period referenced in the FAC.

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

51.     Attached hereto as Exhibit 34 are true and accurate copies of the Provider Agreements between OptumRx, Inc. and Wholesale Alliance TPS, LLC d/b/a Pharmacy First a/k/a Third Party Station, in effect during all or portions of the time period referenced in the FAC

52.     Attached hereto as Exhibit 35 are true and accurate copies of the Provider Agreement between SXC Health Solutions and Pharmacy Providers of Oklahoma, Inc., in effect during all or portions of the time period referenced in the FAC.

53.     Attached hereto as Exhibit 36 are true and accurate copies of the Provider Agreement between OptumRx, Inc. and Pharmacy Providers of Oklahoma, Inc., in effect during all or portions of the time period referenced in the FAC.

54.     Attached hereto as Exhibit 37 are true and accurate copies of the Provider Agreement between SXC Health Solutions and Sav-Mor Drug Stores, in effect during all or portions of the time period referenced in the FAC.

55.     Attached hereto as Exhibit 38 are true and accurate copies of the Provider Agreement between RxSolutions Inc. d/b/a Prescription Solutions and Sav-Mor Drug Stores, in effect during all or portions of the time period referenced in the FAC.

56.     Attached hereto as Exhibit 39 are true and accurate copies of the Provider Agreement between SXC Health Solutions and Third Party Network a/k/a H.D. Smith, in effect during all or portions of the time period referenced in the FAC.

57.     Attached hereto as Exhibit 40 are true and accurate copies of the Provider Agreement between RxSolutions, Inc. d/b/a Prescription Solutions and Third Party Network a/k/a H.D. Smith Wholesale Drug Co., in effect during all or portions of the time period referenced in the FAC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION

Executed this 15th day of December, 2020, in Irvine, California.

_____

Josh Van Ginkel

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

DECLARATION OF JOSH VAN GINKEL IN SUPPORT OF AMENDED PETITION TO COMPEL ARBITRATION