Darren Aitken (CA Bar No. 145251)
Aitken Aitken Cohn
3 MacArthur Place
Suite 800
Santa Ana, CA  92707
(714) 434-1424 – Tel
(714) 434-3600 - Fax


Mark R. Cuker (*PHV App. To be Filed*)
mcuker@jacobslawpc.com
JACOBS LAW GROUP
One Logan Square
Suite 1200
Philadelphia, PA 19103
(215) 569-9701 – Tel
(215) 569-9788 - Fax

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHER DIVISION

| | |
|---|---|
| OPTUMRX, as successor by merger to Catamaran Corporation and OPTUMRX In its own right,<br><br>            Plaintiffs,<br><br>    v.<br><br>COPPER BEND PHARMACY, INC. d/b/a Copper Bend Pharmacy, et al.<br><br>            Defendants. | :  Case No. 8:20-CV-2145-FLA-JDE<br>:<br>:<br>:<br>:<br>:<br>:<br>: STIPULATION FOR EXTENSION<br>: OF TIME TO RESPOND TO PETITION<br>: TO COMPEL ARBITRATION<br>:<br>:<br>: |

## **STIPULATION FOR EXTENSION OF TIME**

The parties hereto, by their undersigned counsel, subject to the approval of the Court,

hereby stipulate and agree, as follows:

-1-

1.      The time for Respondents to respond to the Amended Petition to Compel Arbitration, filed on December 15, 2020, is hereby extended until February 3, 2021.

2.      No prior extensions have been granted.

3.      An Order Setting a Scheduling Conference was entered by Judge Selna before the case was assigned to Judge Aenlle-Rocha.

4.      The Court has not entered a Rule 16(b) scheduling order, therefore the relief requested herein will have no effect on other existing deadlines.

5.      The relief requested herein is for good cause and will not result in undue delay in the administration of this case.

It is so Stipulated and Agreed:

AITKEN AITKEN COHN LLP                          REED SMITH LLP

By: /s/ Darren O. Aitken                        By: /s/ Farah Tabibkhoei
    Darren Aitken                                   Farah Tabibkhoei
    3 MacArthur Place, Suite 800                    355 South Grand Ave., Ste 2800
    Santa Ana, CA 92707                             Los Angeles, CA 90071
    darren@aitkenlaw.com                            FTabibkhoei@ReedSmith.com
    *Attorneys for Respondents*                     *Attorneys for Petitioner*

-2-