Darren Aitken (CA Bar No. 145251)
Aitken Aitken Cohn
3 MacArthur Place
Suite 800
Santa Ana, CA  92707
(714) 434-1424 – Tel
(714) 434-3600 - Fax


Mark R. Cuker (*PHV App. To be Filed*)
mcuker@jacobslawpc.com
JACOBS LAW GROUP
One Logan Square
Suite 1200
Philadelphia, PA 19103
(215) 569-9701 – Tel
(215) 569-9788 - Fax

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTER DIVISION

| | |
|---|---|
| OPTUMRX, as successor by merger to Catamaran Corporation and OPTUMRX In its own right,<br><br>    Plaintiffs,<br><br>  v.<br><br>COPPER BEND PHARMACY, INC. d/b/a Copper Bend Pharmacy, et al.<br><br>    Defendants. | :  Case No. 8:20-CV-2145-FLA-JDE<br>:<br>:<br>:<br>:<br>:<br>: [PROPOSED] ORDER GRANTING<br>: STIPULATION FOR EXTENSION<br>: OF TIME TO RESPOND TO PETITION<br>: TO COMPEL ARBITRATION<br>:<br>:<br>: |

The Court, having reviewed the Stipulation for the Extension of Time to Respond to the Petition to Compel Arbitration signed and agreed to by Petitioner and Respondent hereby extends the time for Respondent to respond to the Petition to Compel Arbitration to February 3, 2021.

**APPROVED** and so **ORDERED**, this _____ day of _____, 2021.

BY THE COURT:

_____

**J. Aenlle-Rocha**